UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-153-MEF |
| | ) | |
| EUGENIO TORRES PADRON | ) | |

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against EUGENIO TORRES PADRON, now in custody of the Chilton County Jail, Clanton, AL, and that said cause is set for arraignment at 10:30 a.m. on August 29, 2007, before this Honorable Court to be held at Montgomery, Alabama.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Chilton County Jail, Clanton, AL, commanding them to deliver said prisoner, EUGENIO TORRES PADRON, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

    Respectfully submitted this 1st day of August, 2007.

                                                             LEURA G. CANARY
                                                             UNITED STATES ATTORNEY

                                                             /s/ Verne H. Speirs
                                                             VERNE H. SPEIERS
                                                             Assistant United States Attorney
                                                             131 Clayton Street
                                                             Montgomery, Alabama 36104
                                                             (334) 223-7280   (334) 223-7138 Fax
                                                             verne.speirs@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CR. NO.  2:07-cr-153-MEF |
| ) | |
| EUGENIO TORRES PADRON ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed August 1, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Chilton County Jail, Clanton, AL, commanding them to deliver the said prisoner, EUGENIO TORRES PADRON, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 a.m. on August 29, 2007, and to return said prisoner to said official when the Court has finished with him.

DONE this the _____ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE