UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-153-MEF |
| | ) | |
| EUGENIO TORRES PADRON | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#4), filed August 1, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Chilton County Jail, Clanton, AL, commanding them to deliver the said prisoner, EUGENIO TORRES PADRON, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 a.m. on August 29, 2007, and to return said prisoner to said official when the Court has finished with him.

DONE this the 2nd day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE