IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR. NO. 2:07CR153-MEF |
| ) | |
| EUGENIO TORRES PADRON ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   CHILTON COUNTY JAIL
                                                         CLANTON, ALABAMA
and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of ____ **EUGENIO TORRES PADRON** ,

a prisoner in your institution and under your control, as it is said, under safe and secure conduct,

to appear before the United States District Court for the Middle District of Alabama, at the

courtroom of said court, in the city of MONTGOMERY on **August 29, 2007, at 10:30 A.M.**,

to answer charges pending in said court and for such other proceedings as may appear proper to

the court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 2nd day of August, 2007.

                                            DEBRA P. HACKETT, CLERK
                                            UNITED STATES DISTRICT COURT
                                            MIDDLE DISTRICT OF ALABAMA
                                            BY: *[signature]*
                                                 Deputy Clerk