IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-CR-153-MEF |
| | ) | |
| EUGENIO T. PADRON | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Eugenio T. Padron, by and through his undersigned counsel, Michael J. Petersen, and moves this Court to continue his case past the presently scheduled date of October 2, 2007. As grounds for granting this Motion, Defendant would show the following:

1. On July 18, 2007, Eugenio Padron was charged in a one-count Indictment with being a felon in possession of a firearm.

2. On August 28, 2007, Eugenio Padron appeared at arraignment and entered a plea of not guilty.

3. Undersigned counsel needs additional time to adequately prepare for trial. As such, a continuance is essential to complete investigation this case.

4. The Government, through Assistant United States Attorney Verne Speirs, has no opposition to the granting of this Motion.

5. While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charge contained

in the Indictment.

**WHEREFORE,** based upon the foregoing, undersigned counsel respectfully requests that this trial be continued beyond the presently scheduled date of October 2, 2007.

Dated this 17th day of September, 2007.

                Respectfully submitted,

                s/ Michael J. Petersen
                MICHAEL J. PETERSEN
                Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: michael_petersen@fd.org
                ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:07-CR-153-MEF** |
| | ) | |
| **EUGENIO T. PADRON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, AUSA, 131 Clayton Street, Montgomery, AL 36104.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M