IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-CR-153-MEF |
| | ) | |
| EUGENIO T. PADRON | ) | |

**MOTION FOR AN EXTENSION OF TIME**

**COMES NOW** the Defendant, **EUGENIO T. PADRON,** by undersigned counsel, Michael J. Petersen, and moves this Court for an extension of time to file pretrial motions. In support of this motion, Defendant would show the following:

1.Defendant was arraigned on August 28, 2007.

2.The Court filed its arraignment order on August 29, 2007. In the arraignment order the Court set the first pretrial conference for Friday, September 21, 2007. The Court established that any pretrial motions must be filed not later than Wednesday, September 19, 2007.

3.Undersigned Counsel has been diligently conducting an investigation into the circumstances surrounding the traffic stop by Jemison, Alabama police officers and has not yet completed this investigation. Counsel has not had adequate time to determine whether there are any viable pretrial motions that should be filed, and then draft and file any such motions by September 19, 2007.

4.On September 17, 2007, undersigned counsel filed a Motion to Continue the trial of this matter on behalf of the defendant (Doc #12). Said Motion has not yet

been ruled upon.

5. Therefore, Defendant requests that his deadline to file pretrial motions be extended until October 19, 2007.

5. Assistant United States Attorney Verne Speirs does not oppose this motion.

Dated this 19th day of September, 2007.

    Respectfully submitted,

    s/ Michael J. Petersen
    MICHAEL J. PETERSEN
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: michael_petersen@fd.org
    ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:07-CR-153-MEF** |
| | ) | |
| **EUGENIO T. PADRON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Verne Speirs, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M