IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR153-MEF |
| EUGENIO TORRES PADRON | ) | |

**ORDER**

The Motion for Extension of Time to File Pretrial Motions (Doc. 13 filed 9/19/2007) is GRANTED. The defendant must file all pretrial motions by October 5, 2007. The United States shall respond to said motions by October 12, 2007.

Done this 24th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE