IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR153-MEF |
| EUGENIO TORRES PADRON | ) | |

ORDER

Upon consideration of the Motion to Suppress Stop, Search and Seizure (Doc. 19, filed 10/5/2007, it is

ORDERED that the motion is set for hearing on 11/8/2007 at 3:00 p.m., Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 25th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE