OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | DATE AND TIME M D Y: 07/09/2007  21:06 ☐AM ☒PM ☐MIL | CASE #: 070700503 | SFX | ☐ OFFENDER  ☒ SUSPECT  ☐ MISSING PERSON | ☒ CHECK IF MULTIPLE |

| NAME (LAST, FIRST, MIDDLE) | NICKNAME/ALIAS | RACE | SEX | DOB M D Y | AGE |
|---|---|---|---|---|---|
| Padron, Eugenio Torres | | ☒W ☐B ☐I ☐A | ☒M ☐F | 7/14/1958 | 48 |

| ADDRESS (STREET, CITY, STATE, ZIP) | HGT | WGT | EYE | HAIR | COMPLEXION |
|---|---|---|---|---|---|
| 1073 Lyndwood Drive, Montgomery, AL 36106 | 5'11" | 162 | BRO | BLK | DRK |

| PROBABLE DESTINATION | ARMED? ☒Y ☐N ☐UNK | WEAPON: Handgun |

| CLOTHING | SCARS / MARKS / TATOOS | ☒ ARRESTED  ☐ WANTED |

(Second subject block blank)

**NARRATIVE:**

On listed date and time, Officer Autery initiated a traffic stop on a white Chevy Tahoe for no tag at the 217 mile marker south on I-65. Upon talking to the driver Eugenio Torres Padron, he told officer Autery he did not have a drivers license. Officer Autery asked Mr. Padron to step back to his patrol vehicle so he could issue him a written warning for the traffic violation. Officer Autery asked Mr. Padron if there was anything illegal in the vehicle and Mr. Padron responded, "No you can search." Officer Autery asked Mr. Padron if he gave his consent to search the vehicle and he replied, "yes." Upon the search of the vehicle in the center console a Hi point firearm model CF380 serial number P851161 loaded was recovered. Officer Autery asked Mr. Padron if this was his and he stated, "no." After Officer Autery told Mr. Padron he was going to charge him with the firearm Mr. Padron told him that it was his and he carried it for protection because earlier in the year he was shot. Officer Autery placed Mr. Padron under arrest for felon in possession of a firearm. The vehicle was impounded and taken to Jemison Police Dept. and Mr. Padron was transported to Chilton County Jail without incident or injury. Once back at the police department, Officer Autery ran the serial number and the firearm was reported stolen out of

**REPORTING OFFICER:** Police Officer Robbie M. Autery - 135
**SUPERVISOR APPROVAL:** Deputy Chief Timothy B. Wright
**WATCH CMDR.:** Deputy Chief Timothy B. Wright

CASE STATUS: ☐ PENDING  ☐ INACTIVE  ☒ CLOSED  ☒ ENTERED ACIC/NCIC
CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV.)  ☒ CLEARED BY ARREST (ADULT)  ☐ UNFOUNDED  ☐ ADM. CLEARED  ☐ EXCEPTIONAL CLEARANCE  ☐ SUSPECT/OFFENDER DEAD  ☐ OTHER PROSECUTION  ☐ EXTRADITION DECLINED  ☐ LACK OF PROSECUTION  ☐ JUVENILE, NO REFERRAL  ☐ DEATH OF VICTIM

GOVERNMENT EXHIBIT
CASE NO. _____
EXHIBIT NO. 1

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | DATE AND TIME THIS REPORT 07/09/2007 21:06 PM | AGE # 070700503 | SEX PAGE # 3 |
|---|---|---|---|

Montgomery Police Department.

TYPE OR PRINT IN BLACK INK ONLY

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Field | Value |
|---|---|
| 1 ORI # | AL0140300 |
| 2 AGENCY NAME | Jemison Police Department |
| 3 CASE # | 070700503 |
| 4 SFX | 1 |
| 5 LAST, FIRST, MIDDLE NAME | Padron, Eugenio Torres |
| 6 ALIAS AKA | |
| 7 SEX | M |
| 8 RACE | W / A |
| 9 HEIGHT | 5'11" |
| 10 WGT | 162 |
| 11 EYE | BRO |
| 12 HAIR | BLK |
| 13 SKIN | DRK |
| 14 SCARS, MARKS, TATOOS, AMPUTATIONS | |
| 15 PLACE OF BIRTH | Cuba |
| 16 SSN | 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 |
| 17 DATE OF BIRTH | 07/14/1958 |
| 18 AGE | 48 |
| 27 HOME ADDRESS | 1073 Lyndwood Drive, Montgomery, AL 36106 |
| 28 RESIDENCE PHONE | (334) 281-7065 |
| 29 OCCUPATION | Body Shop |
| 30 EMPLOYER | Owner |
| 31 BUSINESS ADDRESS | Montgomery, AL 36101 |
| 32 BUSINESS PHONE | (334) 538-3595 |
| 33 LOCATION OF ARREST | I-65 217 MM, Jemison, AL 35085 |
| 34 SECTOR | E |
| 35 ARRESTED FOR YOUR JURISDICTION? | IN STATE |
| 36 CONDITION OF ARRESTEE | SOBER |
| 37 RESIST ARREST? | NO |
| 38 INJURIES? | NONE |
| 39 ARMED? | N |
| 41 DATE OF ARREST | 07/09/2007 |
| 42 TIME OF ARREST | 21:06 PM |
| 43 DAY OF ARREST | M |
| 44 TYPE ARREST | ON VIEW |
| 45 ARRESTED BEFORE? | UNKNOWN |
| 46 CHARGE - 1 | FEL - Ex Felon With Firearms |
| 47 UCR CODE | 529903 |
| 48 CHARGE - 2 | FEL - Possess Stolen Property |
| 49 UCR CODE | 280401 |
| 50 STATE CODE/LOCAL ORDINANCE | 013A-11-0072(a) |
| 53 STATE CODE/LOCAL ORDINANCE | 013A-08-0018 |
| 66 ARREST DISPOSITION | HELD / BAIL |
| 70 VYR | 1999 |
| 71 VMA | Chevy |
| 72 VMO | Tahoe |
| 73 VST | SUV |
| 74 VCO | TOP WHI - White / BOTTOM TAN - Tan |
| 75 TAG | none |
| 70 VIN | 1gnek13r2xj327690 |
| 78 IMPOUNDED? | NO |
| 80 STORAGE LOCATION | Jemison Police Department |
| 81 OTHER EVIDENCE SEIZED | Hi Point model 380 handgun Ser# P651161 |
| 111 ARRESTING OFFICER | Police Officer Robbie M. Auter |
| 112 ID# | 135 |
| 115 SUPERVISOR | Deputy Chief Timoth ID# 110 |
| 116 WATCH CMDR | Deputy Chief Timoth ID# 110 |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-32 REV. 10-90

GOVERNMENT EXHIBIT

CASE NO.

EXHIBIT NO.

**ADDITIONAL ARREST NARRATIVE CONTINUED**

Date/Time of Arrest: 07/09/2007 21:06 PM    700503    PAGE # 2

On listed date and time, Officer Autery initiated a traffic stop on a white Chevy Tahoe for no tag at the 217 mile marker south on I-65. Upon talking to the driver Eugenio Torres Padron, he told officer Autery he did not have a drivers license. Officer Autery asked Mr. Padron to step back to his patrol vehicle so he could issue him a written warning for the traffic violation. Officer Autery asked Mr. Padron if there was anything illegal in the vehicle and Mr. Padron responded, "No you can search." Officer Autery asked Mr. Padron if he gave his consent to search the vehicle and he replied, "yes." Upon the search of the vehicle in the center console a Hi point firearm model CF380 serial number P851161 loaded was recovered. Officer Autery asked Mr. Padron if this was his and he stated, "no." After Officer Autery told Mr. Padron he was going to charge him with the firearm Mr. Padron told him that it was his and he carried it for protection because earlier in the year he was shot. Officer Autery placed Mr. Padron under arrest for felon in possession of a firearm. The vehicle was impounded and taken to Jemison Police Dept. and Mr. Padron was transported to Chilton County Jail without incident or injury. Once back at the police department, Officer Autery ran the serial number and the firearm was reported stolen out of Montgomery Police Department.

**TYPE OR PRINT IN BLACK INK ONLY**