IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:07-cr-0153-MEF |
| ) | |
| EUGENIO TORRES PADRON ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Objection to Report and Recommendation (Doc. #24) filed on November 27, 2007 is overruled;

(2) The Recommendation of the United States Magistrate Judge entered on November 23, 2007 (Doc. #23) is adopted;

(3)  The defendant's Motion to Suppress Stop, Search and Seizures (Doc. #19) is DENIED.

DONE this the 5th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE