IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION.

United States of America

v.

Eugenio T. Padron

Case No: 2:07-CR-153-MEF

## Motion for Reconsideration from the Objections of Denial of Hon, MEF and under New Discovery of Evidence.

Coming now the defendant, Eugenio T. Padron and the About Styled, pray that this Honorable court grant the follow Motion, under new discovery of evidence.

1) The defendant asseit, the that Hon U.S Attorney Verne H. Speirs knowingly introduce false testimony. See Exhibit A of Motion to Suppress Page (1) "Officer Autery asked Padron to step to the back of the patrol car to receive a warning ticket." While preparing a warning ticket, Officer Autery asked Padron if he have anything illegal in his vehicle, Padron responded "No you can search"

2) Look Exhibit (B) from "Motion to Suppress" Page 12: Line 14 to 19. "As we proceed back to my patrol vehicle between his vehicle and mine, I asked him if he had any weapons on him would he have a problem with me patting him down to make sure he din't have any weapons."

3) The Defendant assert the, Officer Autrey don't have a proper jurisdiction; see Exhibit (C) on Motion to Suppress Page 7: from 5 to 12. If you would tell the judge what your jurisdiction was and where you patrol area is in Jemison. We have the city limits of Jemison. Also the jurisdiction, a mile and-a-half outside the city city limits.

4) Look Exhibit (D) the warning ticket, for not driver license, Highway 65 at mile market 217, this two (2) mile from Exit 219 - Jemison Alabama, Officer Autery was out jurisdiction.

The Defendant assert, these are the facts and this case, the Officer Autery was under oath, and perjury himself, this it's the Hon Att, Verne H Speir witness, under cross examination.

The defendant Lawyer Hon. Michael J. Petersen failure to present the video tape, at Padron suppression Hearing, under new discovered. The defendant assert that He's counsel was ineffective Wiggins v. Smith 123 S. Ct. 2527. The Supreme Court denied the Petitioner's competent, sustaining his argument that his Six Amendment right to counsel had been violated. The Petitioner, councel failed to produce evidence that was blatantly vital to his defense.

And Yeter v. State, 859 So 2d (Al. Crim App 2003) "One the traffic ticket and citation UTTC. (Uniform Traffic Ticket) The arresting Officer is forthwith release him from Custody § 32-1-4(a) Ala Code 1975).

That defendant assert that this it's a "Plan error" The defendant Pray that this Hon, Court Granted a new Hearing to seek that truth and nothing but the truth to help's God.

Lincon stated before and phase "All men" are created Iqual by whom the Constitution was ordained and established, they did not mean to said "All men" were Iqual in Color, side Itellect, Moral, developments of social Capacity. But they did declare "All Iqual in Certain Anolienable

Rights among which are life liberty and Persuit of Happines, The mean Semple to declars the rights so the enforment of it might follow a fact as circumstances should permited.

### Certifica of Service

I Hereby Certify on Dec 21, 2007 filed a Pre-Paid copy by U.S. Postal service to the Hon, Clerk Debra Hackett.

Respectfully Submitted
Eugenio T. Flores
Eugenio T. Flores

Hon, Debra Hacket.
One Church St
Montg AL 36104

P.O. Box 150
Mont, AL 36101