IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cr-153-MEF |
| | ) |
| EUGENIO T. PADRON, | ) (WO) |
| | ) |
| Defendant. | ) |

### **ORDER**

This cause is before the Court on Eugenio T. Padron's ("Padron") Motion for Reconsideration From the Objections of Denial of Hon. MEF and Under New Discovery of Evidence (Doc. # 33). Padron filed this handwritten motion himself, from prison, on December 21, 2007, despite the fact that he is represented by counsel. The Court construes this motion as requesting reconsideration of this Court's December 5, 2007 Order. This Order adopted the Report and Recommendation of Magistrate Judge Terry F. Moorer and denied Padron's Motion to Suppress evidence obtained during a search of his automobile during a traffic stop on July 7, 2007. The motion also alleges a claim of ineffective assistance of counsel.

However, on January 8, 2008, Padron pled guilty before Magistrate Judge Susan Russ Walker, and he is currently scheduled to be sentenced on March 27, 2008. Because Padron has pled guilty, this Court has determined that the motion is due to be DISMISSED as moot.

DONE this the 11th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE