IN THE DISTRICT COURT OF
THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JAN 29 A 9: 17

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA )
v. ) CR NO 2:07 CR 153 MEF.
EUGENIO T. PADRON )

## Motion under rule 11 (2) Conditional Plea, raise objection of the Hon MEF.

Coming now in the above styled, EUGENIO T. PADRON pray that this Hon. MEF grant the follow's objection, under the new discovery of evidence (Doc #33) that Padron filed Dec, 21, 07.

1) The defendant conditional plea (2), may enter a conditional plea of guilty or nolo contendere, reserving in writing the right to have an appellate court review an adverse determination of specified pretrial motion. A defendant who prevails on appeal may them withdraw the plea.

2) The defendant is entitle to rejection a plea agreement (5)

11.(c) Advise the defendant personally that if the court is not to follow the plea agreement and give the defendant an opportunity to withdraw the plea agreement

(2) After the court accepts the plea, but before imposes sentence if:

(B) The defendant can show a fair and just reason for requesting the withdrawal under new discovery of evidence before that defendant have enter a guilty plea Dec, 21, 07 and a claim of ineffective assistance of counsel.

3) The defendant assert, that this Hon. Court have been introducing the right evidence the suppression hearing have right tool to grant that defendant relief from offence, under Alabama UTTC Code of 1975 §32-1-4 (2), Peter v State, 859 So 2d (AL Crim. App. 2003), the defendant counsel was ineffective, because he failed to introduce those material the like video from the stop and also a jurisdiction issues above the distance of I-65 exit 219 to 217, 2 miles the Jemison Police Department was out jurisdiction because he's ranger distance was (1) one miles and half.

See Page 7, (Line 7 to 10) Also the Jurisdiction a mile and-a Half outside the city limits It includes that and also the major Highways which is Highway (31) Thirty-one Highway One Fifty Five (155), Interstate I-65. Padron asset, that this Court have see Prejudice against the Defendant and Ignored the Fact of the on State Law of Alabama, with the Constitution site above Statute and Provision, This it's Marketting of Justice and Prejudice against Padron by any other City of State of Alabama.

Certificate of Service.

I Heare by service a copy Pre-Paid By U.S Postal Service done 1, 24, 08 To the Foregoing To Hon, Clerk and Hon. MEF.

Respectfully Submitted
Eugenio Padron.
Eugenio Padron.