IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-153-MEF |
| | ) | |
| EUGENIO TORRES PADRON | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the defendant's "Motion Under Rule 11(2) Conditional Plea" Doc. #41) is referred to Magistrate Judge Terry F. Moorer for entry of any orders or recommendations as may be appropriate.

DONE this 31st day of January, 2008.

              /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE