IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-CR-153-MEF |
| | ) | |
| EUGENIO T. PADRON | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** undersigned counsel and moves to withdraw as counsel for Eugenio t. Padron and requests this Court permit the substitution of CJA Panel Attorney William R. Blanchard, Esquire. In support of this motion, undersigned counsel states:

1.   On September 6, 2007, undersigned counsel was appointed to represent Mr. Padron.

2.   On or about January 24, 2008, Mr. Padron stated to undersigned counsel that he had mailed a pro se motion to the court. Mr. Padron indicated that his motion related to his motion to suppress. On January 28, 2008, undersigned counsel received a copy of said motion when it was filed by the clerk of this court. In paragraph 3 of this pro se pleading Mr. Padron alleges undersigned counsel has been ineffective for failing to introduce a video and a jurisdictional issue, and perhaps other unmentioned issues.

3.   Although on January 8, 2008, Mr. Padron entered his Change of Plea before this Court, based upon his pro se motion, he may desire to withdraw said plea.

4.   Meetings between undersigned counsel and Mr. Padron have not been able to resolve the breakdown in communication and/or trust and undersigned counsel requests new counsel be appointed.

5.	Undersigned counsel believes it would be in the interests of justice, Mr. Padron, and all involved, if the Court were to permit undersigned counsel to withdraw from the representation and appoint Mr. Padron other counsel from the Criminal Justice Act panel.

**WHEREFORE**, for the reasons set forth above, undersigned counsel respectfully requests the court relieve Michael J. Petersen as counsel for Mr. Padron and the court appoint CJA Panel Attorney William R. Blanchard, Esquire, as counsel for Mr. Padron.

Dated this 4th day of January, 2008.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:07-CR-153-MEF** |
| | ) | |
| **EUGENIO T. PADRON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne Speirs, AUSA.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M