IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-153-MEF |
| | ) | |
| EUGENIO TORRES PADRON | ) | |

## **O R D E R**

It is hereby ORDERED that this Court's order dated January 31, 2008 (Doc. #42) referring the defendant's Pro Se Motion Under Rule 11(2) Conditional Plea (Doc. #41) to Magistrate Judge Terry F. Moorer is VACATED.

It is further ORDERED that defendant's Pro Se Motion Under rule 11(2) Conditional Plea and Michael J. Petersen's Motion to Withdraw as Attorney (Doc. #43) filed on February 4, 2008 are set for hearing on February 7, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

**The persons having custody of the defendant are required to produce him at the February 7, 2008 hearing**.

DONE this the 5th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE