IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
v. ) Case No: 2:07-CR-153-MEF
EUGENIO T. PADRON )

## Motion To Produce Evidence.

Comes now EUGENIO T. PADRON appearing pro-se in the above styled case and files this motion to cause production of evidence under Rule 16 of Federal Criminal Procedure.

Defendant moves this court to order Jemison Police Officer Robbie Autrie to produce documentation that he had jurisdiction on I-65 which is outside the city limits of Jemison Alabama.

Officer Autrie stated under "Oath" a motion to suppress hearing on 08, Nov, 2007 the following (regarding his jurisdiction):
"We have the city limits of Jemison, also the jurisdiction, a mile and half outside the city limits.

IT includes that, and also mayor highways, which is Highway – Thirty one (31) Highway One Fifty-Five (155) Interstate I-65. Those are going to be you Three (3) main mayor roads in our jurisdiction that we patrol." (See Trancript Page 7, to 12)

If this claim is not true, Itham Officer Autrie had no jurisdiction and the evidence gathered by him is required by law to be suppressed.

Therefore, after consideration of this primise defendant moves this court to require the production of written authorization and documentation of Officer Autrey's claim of jurisdiction.

### Certificate of Service

I hereby certify than on Feb, 04, 08 Pre-Paid above United State Postal Service a foregoing copy, to Honorable Clerk of the Court Debra Hackett.

Respectfully Submitted by
Eugenio T. Padron
*Eugenio T. Padron*