IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-153-MEF |
| | ) | |
| EUGENIO TORRES PADRON | ) | |

# **O R D E R**

It is hereby ORDERED that the hearing on pending motions set in this case for February 8, 2008 at 10:00 A.M. is rescheduled for February 13, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

**The persons having custody of the defendant are required to produce him at the February 13, 2008 hearing.**

DONE this the 7th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE