IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-153-MEF |
| | ) | |
| EUGENIO TORRES PADRON | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Substitute Attorney (Doc. #47) filed on February 6, 2008 which the court construes to be a motion to appear as additional counsel, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the motion is DENIED to the extent that it could be construed as seeking to withdraw the appearance of John Harmon. The government should note that only Mr. Harmon can withdraw his appearance from a case.

DONE this 11th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE