IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cr-153-MEF |
| | ) |
| EUGENIO TORRES PADRON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This cause is before the Court on Eugenio Torres Padron's ("Padron") *pro se* Motion to Produce Evidence (Doc. # 49), filed February 7, 2008.

This Court notes that at the time Padron filed this motion, he was represented by counsel. That attorney withdrew from the case on February 13, 2008, and a new attorney was appointed to represent Padron on February 22, 2008. A criminal defendant has no right to "hybrid representation." *See Cross v. United States*, 893 F.2d 1287, 1291-92 (11th Cir. 1990). Accordingly, Jones has no right to represent himself through filing motions *pro se* while he is represented by counsel.

For the reasons stated above, it is hereby ORDERED that:

(1) Defendant's *pro se* Motion to Produce Evidence (Doc. # 49) is DENIED.

(2) This Court will not consider any motion filed by Defendant *pro se* so long as he is represented by counsel.

DONE this the 27th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE