IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAR 31  A 8: 43

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:07-cr-153-MEF |
| | * | |
| Eugenio Torres Padron | * | |

**MOTION TO WITHDRAW**

Comes now the undersigned counsel and files this his Motion to Withdraw as counsel for the Defendant in the above-styled cause and shows to the Court as follows:

1. The Defendant preserved certain appeal rights in the plea agreement entered into in this case. Among those rights protected were the issues relating to ineffective assistance of counsel and the Suppression Motion filed by previous counsel.

2. The Defendant wishes to proceed with an appeal and should be provided with new cousel to determine whether any issues as to the effectiveness of current counsel should be raised along with any other potential issues.

Wherefore; the undersigned requests that he be allowed to withdraw as counsel of record and that new counsel be appointed to represent the defendant on appeal.

Respectfully submitted this 31st day of March, 2008.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 31st day of March, 2008.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Verne Spiers, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197