# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

RECEIVED
2008 MAR 31  A 8: 42

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:07-cr-153-MEF |
| | * | |
| Eugenio Torres Padron | * | |

## NOTICE OF APPEAL
## AND PETITION TO PROCEED IN FORMA PAUPERIS

Comes now the Defendant in the above-styled cause and files this his Notice of Appeal and Petition to Proceed In Forma Pauperis and shows to this Honorable Court as follows:

1. The Defendant was sentenced on March 27, 2008 to a term of 33 months imprisonment.

2. The counsel which represented the defendant at sentencing was appointed counsel.

3. Since the beginning of this litigation the Defendant has been unemployed.

4. The Defendant is currently without funds to pay for a transcript or an appeal in this matter.

5. The Defendant requests that this Court appoint new counsel to represent him on appeal and to provide him with a free transcript of the trial

and sentencing.

    Respectfully submitted this 31st day of March, 2008.

*Russell T. Duraski*
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 31st day of March, 2008.

*Russell T. Duraski*
Russell T. Duraski (DUR007)
Attorney for Defendant

Verne Spiers, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197