**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07cr153-MEF** |
| | ) | |
| **EUGENIO TORRES PADRON** | ) | |

## ORDER

This cause is before the Court on the Motion to Withdraw (Doc. # 58) filed on March 31, 2008 by counsel for Defendant. It is hereby ORDERED that the motion is GRANTED. Russell T. Duraski is DISCHARGED as counsel for Defendant. Paul Cooper is hereby APPOINTED as counsel for Defendant for the purpose of pursuing his appeal.

DONE this the 10th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE