IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:07CR153-MEF |
| EUGENIO TORRES PADRON, | * | |
| Defendant. | * | |

**NOTICE OF APPEARANCE OF COUNSEL**

Comes now Paul R. Cooper and hereby gives notice of his appearance as counsel for Defendant EUGENIO TORRES PADRON.

                                              S/Paul R. Cooper
                                              Paul R. Cooper
                                              COOPER & COOPER
                                              12 Scott Street
                                              Montgomery, AL 36104
                                              Phone: (334)262-4887
                                              Fax:   (334)262-4880
                                              E-mail: prc@cooperandcooperlaw.com
                                              ASB-1152-R78P

**CERTIFICATE OF SERVICE**

I hereby certify that on the April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following: Verne H. Speirs , Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: NONE.

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:  (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P