**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07cr153-MEF** |
| | ) | |
| **EUGENIO PADRON** | ) | |

## MOTION TO RESCIND PRELIMINARY ORDER OF FORFEITURE AND FINAL ORDER OF FORFEITURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and moves this Court to rescind the Preliminary Order of Forfeiture (Doc. #40) and Final Order of Forfeiture (Doc. #60) stating as follows:

This Honorable Court entered a Preliminary Order of Forfeiture (Doc. #40) on January 11, 2008 and a Final Order of Forfeiture on April 4, 2008 (Doc. #60), forfeiting defendant's interest in the following firearm: a Hi Point, Model CF 380, .380 Pistol, bearing serial number P851161.

The firearm was reported as stolen and is not forfeitable. Montgomery Police Department will retain custody of the firearm until it is returned to its lawful owner.

The United States submits that the Preliminary Order of Forfeiture (Doc. #40) and the Final Order of Forfeiture (Doc. #60) should be rescinded and declared void *ab initio*.

A proposed Order is attached.

Respectfully submitted this 6th day of June, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07cr153-MEF** |
| | ) | |
| **EUGENIO PADRON** | ) | |

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture (Doc. #40) and Final Order of Forfeiture (Doc. #60) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED.  It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture (Doc. #40) entered January 11, 2008 and the Final Order of Forfeiture (Doc. #60) entered April 4, 2008, are hereby rescinded and declared void *ab initio*.

DONE this ____ day of _____, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE