IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-153-MEF |
| | ) | |
| EUGENIO PADRON | ) | |

## O R D E R

Upon consideration of the government's Motion to Rescind Preliminary Order of Forfeiture and Final Order of Forfeiture (Doc. #79) filed on June 6, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE